# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY N. GOLDSMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  **CIVIL ACTION 04-0242-WS-D** |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 23, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 1st day of August, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE