# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY N. GOLDSMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **CIVIL ACTION  04-0242-WS-D** |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be **affirmed.**

**DONE** and **ORDERED** this 1st day of August, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE